**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

DISTRICT OF IDAHO

Case number *(if known)* _____   Chapter   **11**

☐ Check if this is an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy
**04/25**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Homestead Village, LLC** |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **87-3466213** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **226 N. 1st Avenue** <br> **Sandpoint, ID 83864** <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Bonner** <br> County | **Location of principal assets, if different from principal place of business** <br> **2025 Hwy 2 Sandpoint, ID 83864** <br> Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Homestead Village, LLC**                                          Case number (*if known*) _____
          Name

**7.   Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

___**5311**___

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

Official Form 201        **Voluntary Petition for Non-Individuals Filing for Bankruptcy**        page 2

Debtor   **Homestead Village, LLC**                                    Case number (*if known*) _____
_____
Name

List all cases. If more than 1,
attach a separate list

| | | |
|---|---|---|
| Debtor _____ | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

---

**11. Why is the case filed in this district?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

.   *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐  $50,001 - $100,000 | ■ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor      **Homestead Village, LLC**                                    Case number (*if known*)
           Name

## Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **February 10, 2026**
                 MM / DD / YYYY

**X /s/ Kathy Friedmann**                                          **Kathy Friedmann**
Signature of authorized representative of debtor                   Printed name

Title    **Manager**

**18. Signature of attorney**

**X /s/ Michael E. Landis**                         Date  **February 10, 2026**
Signature of attorney for debtor                          MM / DD / YYYY

**Michael E. Landis**
Printed name

**Lugenbuhl, Wheaton, Peck, Rankin & Hubbard**
Firm name

**601 Poydras Street, Suite 2775**
**New Orleans, LA 70130**
Number, Street, City, State & ZIP Code

Contact phone    **(504)568-1990**        Email address    **bkadden@lawla.com**

**36542 LA**
Bar number and State

## CERTIFICATE OF RESOLUTION

I, the undersigned, am the authorized representative of Homestead Village, LLC (the "Company"), and do hereby certify that the Company has adopted the following resolutions:

**RESOLVED,** that it is desirable and in the best interest of the Company, its creditors, shareholders and other interested parties, that a petition be filed by the Company seeking relief under the provisions of Chapter 11, of the United States Code (the "Bankruptcy Code"); and it is further

**RESOLVED,** that the form of Chapter 11 petition shall be as required by law and is approved and adopted in all respects, and that Kathy Friedmann be, and hereby is, authorized and directed, on behalf of and in the name of the Company to execute and verify a petition substantially in such form and to cause the same to be filed with the United States Bankruptcy Court for the District of Idaho, at such time as Kathy Friedmann executing said petition on behalf of the Company shall determine; and it is further

**RESOLVED,** that on behalf of the Company, Kathy Friedmann be, and hereby is authorized to execute and file all petitions, schedules, lists and other papers and to take any and all action which she may deem necessary or proper in connection with the Chapter 11 case; and it is further

**RESOLVED,** that on behalf of the Company, Kathy Freidmann be, and hereby is authorized and directed to employ Michael E. Landis and the law firm of Lugenbuhl, Wheaton, Peck, Rankin & Hubbard ("Lugenbuhl") as bankruptcy counsel to the Company to represent and assist the Company in carrying out its duties under Title 11 of the United States Code, and to take any and all actions to advance the Company's rights, including filing and pleading, and in connection therewith; and it is further

**RESOLVED** that the Resolutions above shall ipso facto expire and be of no force or effect in the event the Chapter 11 proceeding is dismissed, a Chapter 11 Trustee is appointed, or the case is converted to a Chapter 7 proceeding.

{00384231-1}

1

IN WITNESS WHEREOF, I have hereunto set my hand on this _10_ day of

February, 2026

Homestead Village, LLC

By: _____

{00384231-1}

2

**Fill in this information to identify the case:**

Debtor name    **Homestead Village, LLC**

United States Bankruptcy Court for the:    DISTRICT OF IDAHO

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

███  **Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐    *Schedule H: Codebtors* (Official Form 206H)
☐    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    Amended *Schedule* _____
■    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐    Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February 10, 2026**         *X* **/s/ Kathy Friedmann**
                                              Signature of individual signing on behalf of debtor

                                              **Kathy Friedmann**
                                              Printed name

                                              **Manager**
                                              Position or relationship to debtor

Official Form 202              **Declaration Under Penalty of Perjury for Non-Individual Debtors**

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Homestead Village, LLC** |
| United States Bankruptcy Court for the: | **DISTRICT OF IDAHO** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **American On Site Services 3808 North Sullivan Road Spokane, WA 99216** | | | | | | **$669.92** |
| **Apartments.com 2563 Collection Center Drive Chicago, IL 60693** | | | | | | **$1,619.00** |
| **Berkley Aspire (Alliant Insu PB Box 639816 Cincinnati, OH 45263-9816** | | | | | | **$2,823.00** |
| **Bonner County Tax Collector 5200 Hwy 2 S Sandpoint, ID 83864-1793** | | | | | | **$4,405.50** |
| **Bonner County Tax Collector 1500 Hwy 2 Ste 304 Sandpoint, ID 83864-1793** | | | | | | **$52,736.84** |
| **Camtek PO Box 6520 Spokane, WA 99217** | | | | | | **$225.00** |
| **Forest Park Owners Asc 1211 Michigan Street Suite B Sandpoint, ID 83864** | | | | | | **$223.13** |
| **James A. Sewell & Associates 600 4th Street Newport, WA 99156** | | | | | | **$150.60** |

Debtor **Homestead Village, LLC**                                         Case number *(if known)* _____
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Jennifer and Tom Waters**<br>**PO Box 861**<br>**La Jolla, CA 92038** | | | | | | **$419,056.09** |
| **Liberty Mutual Insurance**<br>**PO Box 91013**<br>**Chicago, IL 60680-1171** | | | | | | **$4,806.06** |
| **Liberty Mutual Insurance**<br>**PO Box 91013**<br>**Chicago, IL 60680-1171** | | | | | | **$1,261.66** |
| **Lipert Excavation & Pipeline**<br>**Post Falls, ID 83854-0058** | | **2025 Highway 2** | | **$316,632.31** | **$0.00** | **$316,632.31** |
| **Ramey Construction**<br>**5930 N. Freya Street**<br>**Spokane, WA 99217-6502** | | | | | | **$1,835,517.34** |
| **The Lofts at Cedar & Main**<br>**226 N 1st Ave**<br>**Sandpoint, ID 83864** | | | | | | **$500,000.00** |
| **The Lofts at Cedar & Main, L**<br>**226 N 1st Ave**<br>**Sandpoint, ID 83864** | | | | | | **$839,667.50** |
| **TrueNorth Management**<br>**520 Cedar**<br>**Suite A**<br>**Sandpoint, ID 83864** | | | | | | **$11,051.64** |
| **Waste Management**<br>**PO Box 541065**<br>**Los Angeles, CA 90054-1065** | | | | | | **$697.39** |
| **Zero Point Development, LLC**<br>**226 N 1st Avenue**<br>**Sandpoint, ID 83864** | | | | | | **$394,724.71** |
| **Zillow**<br>**PO Box 737412**<br>**Dallas, TX 75373-7412** | | | | | | **$1,535.00** |
| **ZP Development, LLC**<br>**226 N. 1st Avenue**<br>**Sandpoint, ID 83864** | | | | | | **$361,419.91** |

Official form 204          Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims          page 2

# United States Bankruptcy Court
## District of Idaho

In re    **Homestead Village, LLC**

Debtor(s)

Case No.

Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **JWP Holdings, LLC**<br>**PO Box 773**<br>**Sandpoint, ID 83864-0773** | | | **Member** |
| **R&B Holdings 1, LLC**<br>**414 Church St**<br>**Suite 304**<br>**Sandpoint, ID 83864** | | | **Member** |
| **RIG Properties, LLC**<br>**5930 N Freya**<br>**Spokane, WA 99217** | | | **Member** |
| **Thomas and Jennifer Waters**<br>**PO Box 861**<br>**La Jolla, CA 92038** | | | **Member** |
| **ZP Development, LLC**<br>**226 N 1st Avenue**<br>**Sandpoint, ID 83864-1402** | | | **Member** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **February 10, 2026**

Signature    **/s/ Kathy Friedmann**

**Kathy Friedmann**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
### District of Idaho

In re    **Homestead Village, LLC**                                        Case No. _____

                                        Debtor(s)          Chapter    **11**    _____

# VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to

the best of my knowledge.

Date:    **February 10, 2026**                    **/s/ Kathy Friedmann**

                                **Kathy Friedmann**/**Manager**
                                Signer/Title

American On Site Services
3808 North Sullivan Road
Spokane, WA 99216


Apartments.com
2563 Collection Center Drive
Chicago, IL 60693


Berkley Aspire (Alliant Insu
PB Box 639816
Cincinnati, OH 45263-9816


Bonner County Tax Collector
1500 Hwy 2
Ste 304
Sandpoint, ID 83864-1793


Bonner County Tax Collector
5200 Hwy 2 S
Sandpoint, ID 83864-1793


Camtek
PO Box 6520
Spokane, WA 99217


Camtek
3815 E Everett Avenue
Spokane, WA 99217


CoStar / Apartments.com
1331 L Street NW
Washington, DC 20005-4101

Forest Park Owners Asc
1211 Michigan Street
Suite B
Sandpoint, ID 83864

Freedom REIT
23632 Calabasas Rd
Suite 204
Calabasas, CA 91302

James A. Sewell   Associates
600 4th Street
Newport, WA 99156

Jennifer and Tom Waters
PO Box 861
La Jolla, CA 92038

JM Payne, Inc (Lawnco)
P.O. Box 478
Kootenai, ID 83840

Kathy Friedmann
226 N 1st Avenue
Sandpoint, ID 83864

Liberty Mutual Insurance
PO Box 91013
Chicago, IL 60680-1171

Lipert Excavation   Pipeline
Post Falls, ID 83854-0058

```
R L Property Management
1205 Hwy 2
Suite 202A
Sandpoint, ID 83864


Ramey Construction
5930 N. Freya Street
Spokane, WA 99217-6502


The Lofts at Cedar    Main
226 N 1st Ave
Sandpoint, ID 83864


The Lofts at Cedar    Main, L
226 N 1st Ave
Sandpoint, ID 83864


TrueNorth Management
520 Cedar
Suite A
Sandpoint, ID 83864


Waste Management
PO Box 541065
Los Angeles, CA 90054-1065


Zero Point Development, LLC
226 N 1st Avenue
Sandpoint, ID 83864


Zillow
PO Box 737412
Dallas, TX 75373-7412
```

```
Zillow Rentals
PO Box 737412
Dallas, TX 75373-7412
```

```
ZP Development, LLC
226 N. 1st Avenue
Sandpoint, ID 83864
```

# United States Bankruptcy Court
### District of Idaho

In re    **Homestead Village, LLC**

Debtor(s)

Case No.

Chapter    **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Homestead Village, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**ZP Development, LLC**
**226 N 1st Avenue**
**Sandpoint, ID 83864-1402**

☐ None [*Check if applicable*]

**February 10, 2026**

Date

**/s/ Michael E. Landis**

**Michael E. Landis**

Signature of Attorney or Litigant

Counsel for    **Homestead Village, LLC**

**Lugenbuhl, Wheaton, Peck, Rankin & Hubbard**

**601 Poydras Street, Suite 2775**
**New Orleans, LA 70130**
**(504)568-1990 Fax:(504)310-9195**
**bkadden@lawla.com**